IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cr-30163-DWD |
| | ) |
| VAN C. MCCLURE, III, | ) |
| | ) |
| Defendant. | ) |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

On December 9, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 53) against Defendant for the following property, which has been seized from Defendant:

**One Sig Sauer SP 2022, .40 caliber pistol bearing serial number 24B237265, and any and all ammunition contained therewith.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 59-1) that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on December 29, 2022, and ending on January 27, 2023. No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions were filed and the United States of America has clear title to the above-described

property, which was the subject of the Preliminary Order of Forfeiture, namely:

**One Sig Sauer SP 2022, .40 caliber pistol bearing serial number 24B237265, and any and all ammunition contained therewith.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

**SO ORDERED**.

Dated: May 1, 2023.

s/ *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge